**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1112**

———————

CAROLYN ANNETTE WAKER,

　　　　　　Plaintiff - Appellant,

　　　v.

BRENDA DONALD, Secretary, Department of Human Resources;
JOSEPH JACKINS, Executive Director of Child Support,
Department of Human Resources; FRAN JOHNSON, Director of
Direct Services, Department of Human Resources; NADINE
COUNTESS, Assistant Director of Interstate, Department of
Human Resources,

　　　　　　Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore. J. Frederick Motz, District Judge.
(1:09-cv-01599-JFM)

———————

Submitted: May 20, 2010　　　　　　Decided: May 26, 2010

———————

Before WILKINSON, NIEMEYER, and DAVIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carolyn Annette Waker, Appellant Pro Se. Julia Doyle Bernhardt,
Assistant Attorney General, Elise Song Kurlander, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carolyn Annette Waker appeals the district court's order dismissing her Americans with Disabilities Act complaint, 42 U.S.C.A. §§ 12101-12213 (West 2005 & Supp. 2009), for failure to timely respond in accord with the court's notice of December 3, 2009. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Waker v. Donald, No. 1:09-cv-01599-JFM (D. Md. Dec. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED